11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Yvonne Annette Prince

Appellant

Vs.                   No. 11-02-00243-CR B Appeal from Dallas County

State of Texas

Appellee

 

Appellant has failed to comply with this
court=s November 19, 2002, order directing her to
file the appellate record by January 6, 2003. 
Appellant has failed to file an affidavit of inability to pay, and the
clerk of the trial court has informed this court that appellant has failed to
pay for her record.  Appellant is
represented by retained counsel. 
Therefore, the failure to file the clerk=s record is due to appellant=s actions.  TEX.R.APP.P.
37.3(b).

The appeal is dismissed for want of
prosecution.  Rule 37.3(b).

 

PER CURIAM

 

January 23, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.